Corinne Chandler – State Bar No. 111423
 E-mail: cchandler@kantorlaw.net
Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Mitchell O. Hefter – State Bar No. 291985
 E-mail: mhefter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
KIMBERLY JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLY JACKSON, | CASE NO. 4:18-cv-2467 YGR |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA AND BIOMARIN PHARMACEUTICAL INC. WELFARE BENEFIT PLAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their attorneys of record, that the parties have settled their dispute and request that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: July 30, 2018          KANTOR & KANTOR, LLP

                              By  /s/ Corinne Chandler
                                   Corinne Chandler
                                   Attorneys for Plaintiff
                                   Kimberly Jackson

DATED: July 30, 2018                    BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Daniel W. Maguire
    Daniel W. Maguire
    Attorneys for Defendant
    Life Insurance Company of North America

*****ORDER*****

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: July 31, 2018

Hon. Yvonne Gonzalez Rogers
U.S. District Court Judge

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Corinne Chandler hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*